AUSA Garth Backe

# United States District Court

**FILED**

**Western**                          **Texas**

AUG 0 3 2011

District Of

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

### UNITED STATES OF AMERICA
### V.
#### Luis Javier Alexander  FLORES

### CRIMINAL COMPLAINT

**CASE NUMBER:**

A-11-M-606

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about July 25, 2011, in Travis County, in the Western District of Texas defendant(s),

**Luis Javier Alexander  FLORES**, an alien, was found in the United States in the Western District of Texas after being previously removed from the United States to **Honduras** on or about May 29, 2008, at Houston, Texas, and who had not thereafter obtained the consent of the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission to the United States

in violation of Title **8** United States Code, Section(s) **1326**. I further state that I am an <u>Immigration Enforcement Agent- Immigration and Customs Enforcement</u> and that this complaint is based on the following facts:

On or about July 25, 2011, Defendant, **Luis Javier Alexander  FLORES**, an alien, was found in the Travis County Jail, Georgetown, Texas, within the Western District of Texas.  At that time Immigration Enforcement Agent John E. Palmer placed a detainer after receiving an Immigration Alien Response (IAR), a biometric fingerprint alert, on the defendant, and subsequent queries conducted revealed the defendant as a previously removed alien. On August 3, 2011, **FLORES** was released to ICE custody.  During processing, it was determined that FLORES illegally reentered the United States on or about an unknown date, at or near an unknown place.  Records of the Immigration and Customs Enforcement establish that the defendant is an alien who was previously removed from the United States to **Honduras** on or about May 29, 2008, at Houston, Texas, and that he unlawfully and illegally reentered the United States without having obtained permission from the Attorney General of the United States or the Secretary for Homeland Security to reapply for admission.

Continued on the attached sheet and made a part hereof: ☐ Yes   X   No

_____
Signature of Complainant

*Miguel Cotto*

Sworn to before me and subscribed in my presence,

August 3, 2011

Austin, Texas

at

_____
 Date

_____
City and State

Andrew W. Austin
U.S. Magistrate Judge

_____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer