IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2011 AUG 23 PM 4:42

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | |
| Plaintiff, | § | INFORMATION |
| | § | |
| VS. | § | [Violation: 8 U.S.C. §1326 – Reentry of |
| | § | Removed Alien] |
| LUIS JAVIER ALEXANDER FLORES, | § | |
| | § | A11 CR 462 LY |
| Defendant. | § | |

THE UNITED STATES CHARGES:

COUNT ONE
[8 U.S.C. §1326]

On or about July 25, 2011, within the Western District of Texas, the Defendant,

LUIS JAVIER ALEXANDER FLORES

an alien, was found in the United States after having been deported or removed therefrom on or about May

29, 2008, at or near Houston, Texas, and not having obtained the express consent of the Attorney General

of the United States or his successor, the Secretary for Homeland Security, to reapply for admission into the

United States; all in violation of Title 8, United States Code, Section 1326.

JOHN E. MURPHY
UNITED STATES ATTORNEY

BY: _____
GARTH BACKE
Assistant United States Attorney